IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY C. ELLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 05-0117-P-M |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING THE REPORT
AND RECOMMENDATION OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections raised, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(A) and dated June 10, 2005 (doc.3), is hereby ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that plaintiff's action against defendants the State of Alabama, the Supreme Court of Alabama, and the Alabama State Bar be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

DONE this 14th day of July, 2005.

    S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE