IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY C. ELLIS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 05-0117-P-M |
| | ) | |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

<u>JUDGMENT</u>

IN accordance with the court's Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff Mary C. Ellis' action against defendants the State of Alabama, the Supreme Court of Alabama, and the Alabama State Bar be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

DONE this 14th day of July, 2005.


   S/Virgil Pittman              
SENIOR UNITED STATES DISTRICT JUDGE